UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ALONSO GONZALEZ CONTRERAS, Petitioner, | § § § | |
| v. | § § | Civil Action No. 1:16-cv-00142 (Criminal Action 1:13-cr-927-1) |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 9). The R&R recommends dismissing Alonso Gonzalez Contreras' "Motion to Preserve Petitioner's Claim in Light of Johnson v. United States, 135 S.Ct. 2251 (2015)" (Docket No. 1). The deadline to respond to the R&R was September 26, 2017; no objections were filed. After a *de novo* review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Alonso Gonzalez Contreras' "Motion to Preserve Petitioner's Claim in Light of Johnson v. United States, 135 S.Ct. 2251 (2015)" (Docket No. 1), construed as a 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence, is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this 5th day of December, 2017.

Rolando Olvera
United States District Judge